594

HOFFMAN, J., dissents based on *Commonwealth v. Riggins*, 474 Pa. 115, 377 A.2d 140 (1977).

379 A.2d 583

Commonwealth v. Deemer, Appellant.

Submitted June 14, 1976. Margaret H. Poswistilo, Assistant Public Defender, for appellant; John J. Segata, Jr., Assistant District Attorney, and John E. Gallagher, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

379 A.2d 584

Commonwealth v. Densham, Appellant.

Argued March 16, 1977. Leon P. Haller, with him Purcell and Nissley, for appellant; Reid H. Weingarten, Deputy District Attorney, with him LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.